UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

   Plaintiff,

   v.               Case No. 04-C-0918

CERTAIN REAL PROPERTY
commonly known as
E2209 SPENCER LAKE ROAD,
WAUPACA, WISCONSIN,

   Defendant.

---

**ORDER TO LIFT THE STAY OF CIVIL FORFEITURE PROCEEDINGS
AND JUDGMENT OF FORFEITURE**

---

THIS CAUSE having come before the Court upon plaintiff's Motion for entry of an Order to lift the stay of these civil forfeiture proceedings, and entry of a Judgment of Forfeiture as to the defendant property, it is hereby

**ORDERED, ADJUDGED, AND DECREED:**

1. The Order of November 29, 2004, staying these proceedings is lifted and vacated.

2. Claimant George Weber paid to the plaintiff, United States of America, the sum of $18,000.00 in the form of a cashier's check made payable to the United States Marshal Service.

3. The $18,000.00 sum received from George Weber shall be forfeited to the United States of America in lieu of the defendant real property and disposed of according to law.

4. The United States Marshal shall deposit the $18,000.00 sum into the United States Department of Justice's Asset Forfeiture Fund for disposition according to law.

5. The United States shall release the lis pendens filed in this action against the defendant real property commonly known as E2209 Spencer Lake Road, Waupaca, Wisconsin.

6. This Court shall retain jurisdiction of this cause for the purpose of enforcing this Judgment of Forfeiture.

Dated at Green Bay, Wisconsin, this      1st      day of October, 2007.

       s/ William C. Griesbach
       HONORABLE WILLIAM C. GRIESBACH
       United States District Judge

Judgment entered this     1st      day of October, 2007.

    JON W. SANFILIPPO
    Clerk of Court

By:
    s/ Mary Fisher
    Deputy Clerk